THE GUERRINI LAW FIRM
750 EAST GREEN STREET, SUITE 200
PASADENA, CA 91101

**FILED**

JUN 6 - 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
*Northern* ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alamo Rent A Car LLC, National Car Rental Systems, Inc. And ANC Rental Corporation<br><br>PLAINTIFF(S)<br><br>v.<br>BRIXTON AUTO BODY & PAINT<br><br>DEFENDANT(S). | CASE NUMBER<br><br>3:08-mc-80105-SI<br><br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

☒ State of California, County of SAN FRANCISCO

☐ State of _____, County of _____

I, JOHN D. GUERRINI _____ hereby state under penalty of perjury that,

1. Judgment for $ 29,957.80 ___ was entered on 5/13/08 ___ on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of ___ Alamo Rent A Car LLC, National Car Rental Systems, Inc. And ANC Rental Corporation ___ as Judgment Creditor, and against BRIXTON AUTO BODY & PAINT ___ as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.\*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 01-11200 (MFW) ___ in the United States District Court for the ___ District of DELAWARE ___ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the ___ District of DELAWARE ___ are the following sums:
   $ 6,903.92 ___ accrued interest, computed at 4.99 ___% *(See note.)*
   $ 0.00 ___ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 ___ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at PASADENA ___,
State of CALIFORNIA ___, this 4 ___ date of JUNE ___, 2008 ___.

___
Signature

**\*Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**

CV-24 (06/01)          **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**