THE GUERRINI LAW FIRM
750 EAST GREEN STREET, SUITE 200
PASADENA, CA 91101

ORIGINAL FILED
JUN 6 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALKER, TRUESDELL & ASSOCIATES, as Plan Administrator for BRAC Group, Inc. (f/k/a Budget Group, Inc.)<br><br>PLAINTIFF(S)<br><br>v.<br><br>CAL INTERIORS<br><br>DEFENDANT(S). | CASE NUMBER<br><br>3:08-mc-80104-SI<br><br><br>AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |

☒ State of California, County of SAN FRANCISCO

☐ State of _____, County of _____

I, JOHN D. GUERRINI _____ hereby state under penalty of perjury that,

1. Judgment for $ 26,058.00 was entered on 5/13/08 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of WALKER, TRUESDELL & ASSOCIATES, as Plan Administrator for BRAC Group, Inc. (f/k/a Budget Group, Inc.) as Judgment Creditor, and against CAL INTERIORS as Judgment Debtor.

    **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 02-12152 (JLP) in the United States District Court for the _____ District of DELAWARE and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the _____ District of DELAWARE are the following sums:
    $ 3,748.86 accrued interest, computed at 4.99 % *(See note.)*
    $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at PASADENA, State of CALIFORNIA, this 4 date of JUNE, 2008.

_____
Signature

*****Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)           AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION