THE GUERRINI LAW FIRM
750 EAST GREEN STREET, SUITE 200
PASADENA, CA 91101

ORIGINAL FILED
JUN 6 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alamo Rent A Car LLC, National Car Rental Systems, Inc. And ANC Rental Corporation<br>PLAINTIFF(S)<br>v.<br>BRIXTON AUTO BODY & PAINT<br>DEFENDANT(S). | CASE NUMBER<br>3:08-mc-80106-SI<br><br>AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |

☒ State of California, County of SAN FRANCISCO

☐ State of _____, County of _____

I, JOHN D. GUERRINI hereby state under penalty of perjury that,

1. Judgment for $ 45,668.70 was entered on 5/13/08 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Alamo Rent A Car LLC, National Car Rental Systems, Inc. And ANC Rental Corporation as Judgment Creditor, and against BRIXTON AUTO BODY & PAINT as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number 01-11200 (MFW) in the United States District Court for the _____ District of DELAWARE and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the _____ District of DELAWARE are the following sums:
   $ 4,932.46 accrued interest, computed at 4.99 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at PASADENA,
State of CALIFORNIA, this 4 date of JUNE, 2008.

_____
Signature

*****Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)    AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION