1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Alamo Rent A Car LLC, National Car Rental Systems, Inc., and ANC Rental Corporation )<br><br>Plaintiff, )<br><br>vs. )<br><br>BRIXTON AUTO BODY & PAINT )<br><br>Defendant. ) | CASE NO. 08-MC-80105-SI<br><br>[PROPOSED] ORDER FOR APPEARANCE OF GABRIEL SEVILLA, PRESIDENT OF JUDGMENT DEBTOR BRIXTON AUTO BODY & PAINT AT JUDGMENT DEBTOR'S EXAMINATION<br><br>Date: September 22, 2009<br>Time: 9:00 a.m.<br>Dept.: Courtroom "G" |

The Application for Order for Appearance of Gabriel Sevilla, principal of Judgment Debtor BRIXTON AUTO BODY & PAINT, having been received and reviewed by this Court, and

GOOD CAUSE appearing from the Declaration of John D. Guerrini, the attorney for Alamo Rent A Car LLC, National Car Rental Systems, Inc., and ANC Rental Corporation, Judgment Creditor (hereinafter "Judgment Creditor"), it is hereby ordered that **GABRIEL SEVILLA**, President of BRIXTON AUTO BODY & PAINT, INC.,(hereinafter "Judgment Debtor") appear at the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102 on Sept. 22, 2009... at 9:00 ....a.m.

-1-

1  TO: **GABRIEL SEVILLA**. YOU ARE ORDERED TO APPEAR personally before
2  this court, or before a referee appointed by the court, to furnish information to aid in
3  enforcement of a money judgment against BRIXTON AUTO BODY & PAINT
4      This Order is to be served by a Sheriff, Constable, Marshal, or by any
5  registered process server.

### NOTICE TO JUDGMENT DEBTOR

8      If you fail to appear at the time and place specified in this Order, you may be
9  subject to arrest and punishment for contempt of Court, and the Court may make an
10 order requiring you to pay the reasonable fees incurred by Judgment Creditor in this
11 proceeding.

13 DATED: __August 12, 2009_____

15 _____Bernard Zimmerman_____
16 JUDGE OF THE UNITED STATES DISTRICT COURT