1  John D. Guerrini (190972)
   **THE GUERRINI LAW FIRM**
2  750 East Green Street, Suite 200
   Pasadena, CA 91101
3  626-229-9611 telephone
   626-229-9615 facsimile
4  guerrini@guerrinilaw.com
   Attorneys for Plaintiff and Judgment
5  Creditor Alamo Rent a Car LLC

6  [4392]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alamo Rent A Car LLC, National Car Rental Systems, Inc., and ANC Rental Corporation<br><br>Plaintiff,<br><br>vs.<br><br>BRIXTON AUTO BODY & PAINT<br><br>Defendant. | CASE NO. 08-MC-80105-SI<br><br>**REQUEST OF JUDGMENT CREDITOR THAT COURT VACATE JUDGMENT DEBTOR'S EXAM SET FOR HEARING ON SEPTEMBER 22, 2009** |

On May 13, 2008, judgment was entered herein.

On August 12, 2009, at the request of Judgment Creditor's counsel, this court set a debtor's examination for hearing on September 22, 2009.

On September 15, 2009, Judgment Creditor filed the Certificate of Service by serving the third party of the Defendant without noticing that was mistakenly served by substitute service.

-1-

08-CV-00887 AHS(CTx)

1  THEREFORE, Judgment Creditor hereby requests that the court VACATE the debtor's
2  examination scheduled for hearing on September 22, 2009 and the Judgment Creditor
3  will file a new Request and Order for Appearance of the Third party of Judgment
4  Debtor Brixton Auto Body & Paint at Judgment Debtor's Examination.

6      I declare under penalty of perjury under the laws of the State of California and
7  the United States of America that the foregoing is true and correct.
8      Executed this September 21, 2009 at Pasadena, California.

10         /s/ John D. Guerrini
        John D. Guerrini
11         guerrini@guerrinilaw.com



DATED: September 22, 2009

-2-

08-CV-00887 AHS(CTx)